**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WYNSTON HILL CAPITAL, LLC,

                Petitioner,           21 **CIVIL** 8398 (SLC)

     -against-                              **JUDGMENT**

ROBERT CRANE,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 16, 2022, the Petition and Cross-Petition are DENIED WITHOUT PREJUDICE for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated**: New York, New York
       September 16, 2022

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                   **BY:**        *K. Mango*
                                                       **Deputy Clerk**